UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALI BAREKZAI<br><br>Defendant. | District No.   2:07-CR-055 RCJ GWF |

### ORDER TEMPORARILY UNSEALING RECORDING

On July 12, 2010, this court received a CD/Tape Order form dated July 12, 2010 requesting a CD of the hearing held on February 4, 2008, from Defendant Mr. Wali Barekzai, in which **several portions of the hearing are sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Defendant.

**IT IS FURTHER ORDERED** that the sealed portions of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this 27 day of July, 2010.

Robert C. Jones
United States Judge